## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA <br> v. <br><br> DARREN SHATTLER | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 09-2983M |
|---|---|

Complaint for violation of 18 U.S.C. § 2251(a) (production of child pornography)

FILED
CLERK, U.S. DISTRICT COURT
DEC 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| NAME OF MAGISTRATE JUDGE | | LOCATION |
|---|---|---|
| THE HON. PAUL L. ABRAMS | UNITED STATES MAGISTRATE JUDGE | Los Angeles, CA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|
| November 2008 | San Bernardino County | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

In or about November 2008, in San Bernardino County, within the Central District of California, and elsewhere, defendant DARREN SHATTLER knowingly persuaded, induced, and enticed two minors, namely A.S., a 12-year-old boy, and W.S., a 7-year-old boy, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct -- to wit, three image files entitled "2967494351_094c7a5db4_o.jpg", "2967495431_f27bdf3fb0_o.jpg", and "3032059423_8a8a8fbd5f_o.jpg"-- which visual depictions were transported in interstate and foreign commerce.

LODGED
2009 DEC 31 AM 10:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
LOS ANGELES

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT <br><br> BRIAN BONE |
|---|---|
| | OFFICIAL TITLE <br> INSPECTOR - U.S. POSTAL INSPECTION SERVICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE <br><br> DECEMBER 31, 2009 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

[YLG:sb]     REC: Detention

### A F F I D A V I T

I, Brian Bone, being duly sworn, do hereby depose and state:

### I.   INTRODUCTION

1.   I have been a Postal Inspector with the United States Postal Inspection Service ("USPIS") since February 2007 and am currently assigned to the Los Angeles Division, Child Exploitation Unit.  My current assignment is the investigation of instances where the United States mail is used for the transportation of material involving the sexual exploitation of children.  I am charged with the duties of investigating and presenting for prosecution violations of Title 18, United States Code, Section 2251, et seq.  During the investigation of child exploitation violations, I have executed and participated in the execution of numerous search warrants, and seized evidence of these violations. I have received extensive training in computer forensics and digital investigations from the Treasury Computer Forensic Training Program, National White Collar Crime Center, and the International Association of Computer Investigative Specialists ("IACIS"), including specialized training on digital data recovery and the investigation and analysis of e-mail communications and Internet activities such as instant messaging programs, newsgroups, and forums.  I also received training on the use of specialized forensic software programs, including I-Look, Encase by Guidance Software, and Forensic Tool Kit by Access Data.  Prior to becoming a Postal Inspector, I worked as a

1

sworn law enforcement officer within the State of Illinois for over 8 years and was employed during that time by the Office of the State's Attorney, Lake County, Illinois, and the Office of the Sheriff, Lake County, Illinois.  In this position, I was assigned to the Cyber Crimes Division and the Child Exploitation Units which investigated child exploitation related offenses and various computer related crimes. During that time, I conducted complex cyber investigations and performed computer forensic examinations.

## II.  PURPOSE OF AFFIDAVIT

2.   This affidavit is made in support of a criminal complaint and arrest warrant charging Darren Shattler ("SHATTLER") with a violation of Title 18, United States Code, Section 2251(a) (production of child pornography).

3.   This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter.  I have set forth only those facts that I believe are necessary to establish probable cause for the requested complaint and warrant. Additionally, the computer files referenced in this affidavit are for summary purposes only and in no way represent the entire volume of material discovered.

## III.  SHORT SUMMARY

4.   The FBI and USPIS are investigating a secret, members-

2

only online message board named "Lost Boy" (the "Lost Boy message board," or simply "Lost Boy" or "the Board"). Lost Boy is a "boy lovers" site dedicated to adult men who are sexually interested in young boys. Lost Boy's main purpose is the trading of child pornography depicting young boys, and many of the posted images/videos contain hardcore images of prepubescent boys having sex with other boys and adult men.

5.   One member of the Lost Boy message board is Justin Lee, who uses the screen name "HarryPotter." The Lost Boy message board, and Lee's participation in it, was discovered on or about January 14, 2009, through the investigation and arrest of fellow Lost Boy message board members Harout Sarafian and Woodrow Tracy.

6.   Lee was arrested on or about August 14, 2009, in relation to his participation in a child exploitation enterprise in violation of Title 18, United States Code, Section 2252A(g). Lee has since cooperated with law enforcement and provided law enforcement with his encryption keys to decrypt his computers which contain thousands of images of child pornography.

7.   During the examination of Lee's computers, a group of images were examined and digitally enhanced to identify items in the background of the images. This was done in an attempt to identify the child victims depicted in child pornographic images and their offenders. The image enhancement helped law enforcement identify victims A.S. and W.S., who are minors, and their location in Crestline, California.

3

8.    On or about November 10, 2009, the victims were interviewed and identified their father, Darren SHATTLER, as the individual who took the photographs which were recovered from Lee's computer.    SHATTLER was subsequently interviewed.    He admitted that he did in fact take the photographs in question and that he used a computer laptop, specifically an HP laptop computer, to store the photographs that he took of the victims.

9.    On or about November 10, 2009, a state search warrant issued in the County of San Bernardino was executed at the residence of Darren Shattler.    During the search, computer storage media was seized and secured by law enforcement pursuant to that search warrant.    No forensic examination or search of the computer storage media seized was conducted.

10.    On or about November 13, 2009, a federal search warrant was obtained to conduct a search of two computers, two digital cameras, one webcam, and 413 compact disks, all of which were seized by law enforcement from SHATTLER's residence on November 10, 2009.    Numerous images of victims A.S. and W.S. were recovered during a forensic examination of one of the digital cameras, a Nikon Coolpix L100 digital camera.    These images depict A.S. and W.S. lasciviously displaying their genitals. Forensic examinations of all the items covered by the November 13 federal search warrant are ongoing.    Thus, as set forth in further detail below, there is probable cause to believe that SHATTLER has violated Title 18, United States Code, Section

4

2251(a).

## IV.  PROBABLE CAUSE

### A.  Discovery of the Child Pornography Images

11.  On or about August 14, 2009, Justin Lee was arrested for his participation in a child exploitation enterprise, in violation of Title 18, United States Code, Section 2252A(g).  The details of that investigation are not relevant here, but in September 2009, Lee began cooperating with law enforcement and provided his encryption password which decrypted his massive collection of child pornography.

12.  In or about October 2009, Lee provided statements to law enforcement about an area of one of his encrypted hard drives which contained "private" images of child pornography.  Lee defined "private" images as those that are not in wide distribution within the child pornography collecting community.  Lee stated that "private" images are usually received directly from the producer or from a person who knows the producer.  Lee added that "private" images are usually highly sought after by collectors of child pornography.  Lee obtained the "private" images of child pornography in his collection over the Internet, which means the images were transported in interstate commerce.

13.  On or about October 30, 2009, I examined the file path "FTP\PRIVATE\Pictures\America\North America\USA\" on one of Lee's encrypted drives.  I subsequently located a folder entitled "13yo and 8yo".  Within that folder there were approximately 94 images

5

containing the same two minor boys.  The collection included images of the boys clothed, partially clothed, and posing naked.  Several of the images of the boys posing naked included a lewd and lascivious display of the boys' genitalia.  The following are examples of some of those images:

a.    "2967494351_094c7a5db4_o.jpg": This image depicts a prepubescent boy, approximately 8 years old, kneeling naked on a bed.  The boy is posed at an angle with his back arched while he is looking directly at the camera with his penis clearly exposed.

b.    "2967495431_f27bdf3fb0_o.jpg": This image depicts a prepubescent boy, approximately 8 years old, posed naked sitting on a bed.  The boy's head is slightly tilted, his arms are propping him up, and his legs are bent to show his genitals.

c.    "3032059423_8a8a8fbd5f_o.jpg": This image depicts a naked prepubescent boy, approximately 13 years old, in an unnatural pose leaning backwards over a foot rest.  The boy's face is obscured by the unnatural pose and the focal point of the image is the boy's genitals.

14.  When reviewing some of the images, I digitally enhanced them to review items in the background of the images in greater detail.  By doing so, I was able to identify a school symbol with the initials "MPH" and the words "A Shattler."  In a second image within the series, I was able to identify the words "Mom," "Dad," and the first names of victims A.S. and W.S.

6

15.  On or about November 2, 2009, I searched law enforcement and public access databases and was able to locate an A.S. and W.S. living at 23711 Rocky Dell Dr., Crestline, California ("Crestline residence").  The "MPH" symbol referred to Mary Putnam Henck Intermediate School which services the Crestline, California community.  In addition, I was able to identify three adults as living at the location, specifically, Darren SHATTLER, Cynthia Shattler, and Eddie Barlow.

16.  On or about November 6, 2009, I went to the Crestline residence and observed several items that were depicted in the series of A.S. and W.S. photographs.  Those items include a hot tub located in the backyard and an external black railing attached to the deck in front of the house.  In addition, I observed that the exterior color of the garage matched the color of a building depicted in one of the images.  I also noted that the residence is listed for sale.

17.  On or about November 6, 2009, I reviewed the images of the interior of the Crestline residence as depicted on the Multiple Listing Service ("MLS").  The MLS is a real estate listing service that combines the listings for all available properties in an area, except For-Sale-By-Owner properties, in one directory or database. I was able to identify four images from the series of A.S. and W.S. photographs that match the interior of the Crestline residence (based upon images of the interior of the Crestline residence from the MLS).

7

**B.    Interview of A.S. and W.S.**

18.    On or about November 10, 2009, I was present with Federal Bureau of Investigation ("FBI") Child Forensic Interviewer ("CFI") Catherine S. Connell during her interviews of W.S., who is 8 years old, and A.S., who is 13 years old.    CFI Connell interviewed W.S. and A.S. at the San Bernardino Sheriff's Office Twin Peaks Station.

19.    W.S. provided CFI Connell with the following information:

a.    When W.S. was first greeted by CFI Connell, he stated, "My dad told me not to talk about what goes on at home."

b.    W.S. identified his father (SHATTLER) as the individual who took the pictures in question.

c.    W.S. stated that when his mother is not home, SHATTLER has him (W.S.) and his brother (A.S.) take off their clothes.

d.    W.S. said that they were "nudist," but that they never go to any places with other nude people.

e.    W.S. said that SHATTLER told him that his (SHATTLER's) "Flicker" internet account was "hacked" into and that person copied the "private" pictures of W.S. and his brother A.S. and subsequently distributed the pictures over the internet.

f.    W.S. said that SHATTLER has a friend named "Marv" from Canada.    SHATTLER uses "Skype" to talk and video chat with "Marv."    W.S. identified a laptop computer as the computer that

8

SHATTLER uses.

20.   A.S. provided CFI Connell with the following information:

a.   A.S. identified SHATTLER as the individual who took the pictures in question.

b.   A.S. stated that he was a "nudist" and that he allowed SHATTLER to take the pictures of him.

c.   A.S. stated that SHATTLER told him that his (SHATTLER's) "Flicker" internet account was "hacked" into and that person copied the private pictures of A.S. and his brother W.S. and subsequently distributed the pictures over the internet.

d.   A.S. also stated that SHATTLER uses "Skype" to video chat with a person named "Marv" from Canada and that his father uses his laptop to do so, which has a video camera attached.

## C.   Execution of Search Warrant at the Crestline Residence

21.   On or about November 10, 2009, Detective Jeremiah MacKay of the San Bernardino Sheriff's Office obtained a state search warrant issued by the Honorable Mary E. Fuller out of the Superior Court District of San Bernardino County for the Crestline residence.   The search warrant was issued to obtain evidence of the sexual exploitation of a child, which is a violation of California Penal Code Section 311.3.   The state search warrant authorized the seizure of computer storage media, which were subsequently secured in law enforcement custody

9

without being searched.

22. During the execution of the search warrant, the mother of W.S. and A.S., Cynthia Shattler, was present and agreed to go to the San Bernardino Sheriff's Office Twin Peaks Station to speak with investigators. Cynthia Shattler agreed to speak with me and Detective MacKay after I advised her that she did not have to speak to us and that she was not under arrest. Cynthia Shattler provided the following information:

a. Cynthia Shattler stated that both she and her husband (SHATTLER) took naked pictures of their children because they were "nudists."

b. Cynthia Shattler stated that SHATTLER told her that the pictures on their "Flicker" account were "hacked" and ended up on a Russian website.

c. Cynthia Shattler said that all of the pictures they take were placed onto the laptop located in her residence.

23. A few minutes after making the statements described in paragraph 22, Cynthia Shattler began to cry and stated that she had lied and that she never takes any naked pictures of her children. In addition, she made a statement to the effect that her life was now over. She also said that only SHATTLER takes the photographs of their children naked.

24. Cynthia Shattler was provided with copies of "2967494351_094c7a5db4_o.jpg," "2967495431_f27bdf3fb0_o.jpg," and "3032059423_8a8a8fbd5f_o.jpg" and was asked if she believed they

10

were "nudist" photographs.  She stated that she had never seen the pictures before and that she did not think they were what she would consider them "nudist" photographs.

25.  In addition, Cynthia Shattler confirmed that she had observed SHATTLER video chatting with "Marv" over Skype while W.S. and A.S. were naked, and that the boys probably would have been seen by "Marv."

**D.   SHATTLER's Statements After His Arrest on State Charges of Sexual Exploitation of a Child**

26.  On or about November 10, 2009, SHATTLER was arrested for sexual exploitation of a child, in violation of California Penal Code Section 311.3.  Detective Mackay read SHATTLER his Miranda rights and warnings.  SHATTLER agreed to waive those rights and speak to me and Detective Mackay regarding this investigation.  SHATTLER provided the following information:

a.   SHATTLER stated that he was a "nudist" and that he did take the photographs of his children in question.  SHATTLER stated that he would place the photographs on his "Flicker" account and only allow other "nudists" to see the pictures.

b.   SHATTLER said that approximately one year ago, he walked into the front room of his residence while his son A.S. was masturbating.  SHATTLER stated that he continued into the room with A.S.'s knowledge and proceeded to watch A.S. as A.S. continued to masturbate until he ejaculated.  SHATTLER explained that that was the only time that something of that nature occurred with his children.

11

c.     However, SHATTLER later stated that there was a second incident where A.S. was masturbating and he (SHATTLER) watched A.S.  During that second incident, A.S. was masturbating with W.S. in the room when he (SHATTLER) walked in.

d.     SHATTLER, who is a licensed school nurse, advised that he would only touch his children's penis to check to make sure they properly cleaned themselves.  He said that, due to his medical training, he needs to assure that his children, 13-year-old A.S. and 8-year-old W.S. properly clean themselves.

e.     SHATTLER stated that he last took nude photographs of his children over the weekend of November 7, 2009, and November 8, 2009, while their mother was out of town.  SHATTLER advised that was the only time that he ever took a picture of A.S. with a partially erect penis.

E.   **Search of SHATTLER's Digital Camera Uncovers Additional Images of A.S. and W.S.**

27.   On or about November 13, 2009, I obtained a federal search warrant issued by the Honorable Andrew J. Wistrich of the United States District Court for the Central District of California to examine the digital devices seized from the Crestline residence.

28.   USPIS Digital Evidence Unit Inspector Robert Werbick is a member of the filter team assigned to review the digital devices seized from the Crestline residence pursuant to the federal search warrant.  On or about November 18, 2009, Inspector Werbick examined one of the items specified in the warrant,

12

specifically the Nikon Coolpix L100 digital camera with installed Kingston memory chip.  Using forensic tools, Inspector Werbick was able to recover images from the unallocated clusters of the memory card.  Inspector Werbick exported the images which were recovered pursuant to the federal search warrant and provided me with those images for review.

29.  On or about November 18, 2009, I reviewed the images provided to me by Inspector Werbick.  The images depict victims A.S. and W.S. in various stages of undress, including images of A.S. and W.S. completely naked.  Some of the recovered images are photographs of A.S. and W.S. "pillow fighting" naked.  Other recovered images are photographs of A.S., W.S., and SHATTLER seated on the couch naked together.  Some of the recovered images include lewd and lascivious displays of A.S. and W.S.'s genitals.  The following are examples of some of the images in that last category:

a.   Image located at the unallocated cluster location "5FBE0CF5ED881D977EE115D2B88D2661":  The image depicts A.S. posed naked.  The image is taken from the side clearly exposing his partially erect penis.

b.   Image located at the unallocated cluster location "567E8D092C52BAF22F207FAAF5673041":  The image is a close up of a penis only framing the side pelvic region of the victim.  The victim's upper torso and legs are not shown in the image because the focus of the image is the victim's genitals.

13

30.   On or about December 3, 2009, CFI Connell conducted additional interviews of A.S. and W.S.   I was present for the interviews.   CFI Connell interviewed W.S. and A.S. at the Children's Assessment Center located in San Bernardino, California.

31.   A.S. provided CFI Connell with the following information:

a.   A.S. stated that he is the person depicted in the images recovered from unallocated clusters "5FBE0CF5ED881D977EE115D2B88D2661" and "567E8D092C52BAF22F207FAAF5673041".

b.   A.S. stated that SHATTLER took both of the images.

c.   A.S. stated that he knew the recovered unallocated clusters image "567E8D092C52BAF22F207FAAF5673041" was of his penis.   A.S. advised that he had previously seen the image posted on an electronic account used by SHATTLER.

32.   W.S. was also interviewed on that date and provided CFI Connell with the following information:

a.   W.S. advised that he did not want to talk about the images or situation regarding the production of the images anymore.   W.S. stated that A.S. instructed him not to talk about the images.

b.   W.S stated that he was scared of A.S. because A.S. had previously hit him.

14

## V.   CONCLUSION

33.   Based on the facts set forth herein, and based on my training, education, experience, and participation in this investigation, I believe that there is probable cause to believe that SHATTLER has violated Title 18, United States Code, Section 2251(a) (production of child pornography).

BRIAN BONE
POSTAL INSPECTOR
UNITED STATES POSTAL INSPECTION SERVICE


Subscribed and sworn to before me
this 31st day of December, 2009.

THE HON.  PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

15