# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

CR 10 00049

Case Number __CR 10 00049__                Defendant Number _____

U.S.A. v. Darren Shattler                  Year of Birth __1967__

☑ Indictment        ☐ Information         Investigative agency (FBI, DEA, etc.) __USPIS and FBI__

**NOTE:  All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor     ☐ Minor Offense      ☑ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor

b. Date of offense __November 2008 and November 2009__

c. County in which first offense occurred
   San Bernardino County

d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles         ☐ Ventura
   ☐ Orange              ☐ Santa Barbara
   ☐ Riverside           ☐ San Luis Obispo
   ☑ San Bernardino      ☐ Other _____

   Citation of offense __18 U.S.C. § 2251(a)__

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☑ No     ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: __December 31, 2009__

   Case Number __09-2983M__

   Charging __18 U.S.C. § 2251(a)__

The complaint:     ☑ is still pending
   ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*                    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                    ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?**  ☐ Yes          ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes                     ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:    ☐ Yes          ☑ No
IF YES, list language and/or dialect:

_____

CR-72 (10/08)                    **CASE SUMMARY**                    Page 1 of 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**OTHER**

☑ Male                    ☐ Female
☑ U.S. Citizen            ☐ Alien
Alias Name(s) _____
_____

This defendant is charged in:    ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?          ☐ Yes    ☑ No
IF YES, should matter be sealed?  ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☑ Other: child pornography offenses

_____
_____
_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?       ☐ Yes    ☐ No

d. Is a Fugitive          ☐ Yes    ☐ No

e. Is on bail or release from another district:
   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.     ☐ Yes    ☐ No

Defendant is **in** custody:

a. Place of incarceration:  ☐ State    ☑ Federal

b. Name of Institution: MDC Los Angeles

c. If Federal: U.S. Marshal's Registration Number:
   **57467 - 112**

d. ☑ Solely on this charge. Date and time of arrest: January 4, 2010

e. On another conviction:   ☐ Yes    ☑ No
   IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes    ☑ No
   IF YES  ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____
_____
_____
_____
_____

Date January 15, 2010 _____

_Signature of Assistant U.S. Attorney_

Yvonne L. Garcia _____

_Print Name_