GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
YVONNE L. GARCIA (Cal. State Bar No. 248285)
Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719
     Facsimile: (213) 894-3713
     E-mail:  yvonne.garcia@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   No. CR 10-49-AHM
                                )
          Plaintiff,            )   GOVERNMENT'S APPLICATION FOR
                                )   ORDER UNSEALING SEARCH
          v.                    )   WARRANT; DECLARATION OF YVONNE
                                )   L. GARCIA
DARREN SHATTLER,                )
                                )
          Defendant.           )
                                )
_____)

     Plaintiff United States of America, by and through Assistant

United States Attorney Yvonne L. Garcia, hereby applies ex parte

to the Court for an order unsealing the search warrant in case

number 09-2636M, filed on November 13, 2009, and the search

warrant in case number 10-0281M, filed on February 11, 2010,

respectively, as well as the affidavits filed in support thereof.

//

//

//

The reasons supporting the ex parte application are set forth in the accompanying Declaration of Yvonne L. Garcia.

Dated: February 22, 2010        Respectfully submitted,

                                GEORGE CARDONA
                                Acting United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division


                                    /s/
                                YVONNE L. GARCIA
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

**<u>DECLARATION OF YVONNE L. GARCIA</u>**

I, Yvonne L. Garcia, hereby declare and state:

1.   I am an Assistant United States Attorney in the Central District of California.  I represent the government in the case of <u>United States v. Darren Shattler</u>, CR 10-49-AHM.

2.   I make this declaration in support of the government's application for an order unsealing the search warrant in case number 09-2636M, filed on November 13, 2009, and the search warrant in case number 10-0281M, filed on February 11, 2010, along with the affidavits filed in support thereof.

3.   The aforementioned search warrants are part of the investigation of Darren Shattler.  The government initially asked the Court to seal the search warrants and their supporting affidavits.

a.   As to both search warrants (case numbers 09-2636M and 10-0281M), the government cited the need to protect information about the child victims that was not yet public which might be used to determine the identities of the victims.

b.   The search warrant in case number 10-0281M also incorporated an under seal document, specifically, the search warrant in case number 09-2636M, as an exhibit.  Thus, the government also cited this as a reason to seal the search warrant in case number 10-0281M.

c.   On November 13, 2009, the Honorable Andrew J. Wistrich signed an order sealing the search warrant in case number 09-2636M.

d.   On February 11, 2010, the Honorable Jacqueline Chooljian signed an order sealing the search warrant in case

number 10-0281M.

4.    Both search warrants have been executed.  Under the terms of the sealing orders, the aforementioned search warrants and supporting affidavits remain under seal until further order of the Court.

5.    A criminal complaint was filed against Darren Shattler on December 31, 2009.  The criminal complaint is not under seal and contains the same facts about the minor victims contained in the search warrants filed in case numbers 09-2636M and 10-0281M, as well as additional facts.  Therefore, the facts contained in the search warrants are already publicly available.  The identities of the victims remain protected by use of only the victims' initials, as opposed to their names, in the criminal complaint and both search warrants.

6.    Accordingly, the government respectfully requests that this Court unseal the search warrants in case numbers 09-2636M and 10-0281M so that the government can provide the search warrants and supporting affidavits to the defense as part of the government's discovery obligations.

//
//
//
//
//
//
//
//

2

7.    On February 22, 2010, I contacted Deputy Federal Public Defender Gerald Salseda, defense counsel for Darren Shattler, by telephone and advised them of my intention to file the instant ex parte application.  Mr. Salseda informed me that he does not oppose the government's ex parte application.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 22, 2010, at Los Angeles, California.

/s/
YVONNE L. GARCIA

3