GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
YVONNE L. GARCIA (Cal. State Bar No. 248285)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719
    Facsimile: (213) 894-3713
    E-mail:  yvonne.garcia@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-49-AHM |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER UNSEALING |
| | ) | SEARCH WARRANTS |
| v. | ) | |
| | ) | |
| DARREN SHATTLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause having been shown, IT IS HEREBY ORDERED THAT:

The search warrant and supporting affidavit in case number 09-2636M, which was filed on November 13, 2009, and the search warrant and supporting affidavit in case number 10-0281M, filed on February 11, 2010, be unsealed.

DATED: _____

_____
THE HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Presented by:

__/s/_____
YVONNE L. GARCIA
Assistant United States Attorney