GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
YVONNE GARCIA (Cal. State Bar No. 248285)
Assistant United States Attorney
Violent and Organized Crime Section
     United States Courthouse
     312 North Spring Street, 15th floor
     Los Angeles, California 90012
     Telephone:  (213) 894-0619
     Facsimile:  (213) 894-3713
     E-mail: yvonne.garcia@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) No. CR 10-49-AHM
                             )
          Plaintiff,         ) ORDER RE: COMPLIANCE WITH 18 U.S.C.
                             ) § 3509(d)
              v.             )
                             )
DARREN SHATTLER,             )
                             )
          Defendant.         )
                             )
                             )
                             )
                             )
_____)

     Having reviewed the government's ex parte application for an order that the privacy protection measures mandated by 18 U.S.C. § 3509(d) apply to this case, and good cause appearing,

IT IS HEREBY ORDERED as follows:

     1.   This Order applies to the following persons:

          (A)  all employees of the government connected with the case, including employees of the Department of Justice, any law enforcement agency involved in the case, and any person hired by the government to provide assistance in the proceeding;

(B)   employees of the court;

(C)   the defendant and employees of the defendant, including the attorney for the defendant and persons hired by the defendant or the attorney for the defendant to provide assistance in the proceeding; and

(D)   members of the jury.

2.   All persons described in paragraph 1 of this Order shall do the following:

(A)   Keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

(B)   Disclose such documents or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

3.   All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a further court order, and the person who makes the filing shall submit to the clerk of the court the following:

(A)   The complete paper to be kept under seal; and

(B)   the paper with the portions of it that disclose the name of or other information concerning a child redacted, to be placed in the public record.

///

3. Government counsel will provide a copy of this Order to all persons in paragraph 1(A) of this Order.

4. Defense counsel will provide a copy of this Order to all persons in paragraph 1(C) of this Order.

DATED: February 23, 2010

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Presented by:

\_\_/S/_____
YVONNE L. GARCIA
Assistant United States Attorney

3