GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
YVONNE L. GARCIA (Cal. State Bar No. 248285)
Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719
     Facsimile: (213) 894-3713
     E-mail:   yvonne.garcia@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-49-AHM |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER UNSEALING SEARCH WARRANTS |
| v. | ) ) | |
| DARREN SHATTLER, | ) ) | |
| Defendant. | ) ) ) | |

Good cause having been shown, IT IS HEREBY ORDERED THAT:

The search warrant and supporting affidavit in case number 09-2636M, which was filed on November 13, 2009, and the search warrant and supporting affidavit in case number 10-0281M, filed on February 11, 2010, be unsealed.

DATED: February 23, 2010

_____
THE HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

Presented by:


   /s/_____
YVONNE L. GARCIA
Assistant United States Attorney