SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
GERALD C. SALSEDA (No. 157411)
Deputy Federal Public Defender
(E-mail: Jerry_Salseda@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4406
Facsimile (213) 894-0081

Attorneys for Defendant
DARREN SHATTLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,          )   NO. CR 10-49-AHM
                                   )
                Plaintiff,         )   ORDER
                                   )
          v.                       )
                                   )
DARREN SHATTLER,                   )
                                   )
                Defendant.         )
                                   )
_____)

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Court adopts the stipulation of the parties. Bail is set as follows:

A.   $250,000 Affidavit of Surety with Justification and full deeding of property (23711 Rocky Dell Road, Crestline, CA 92325) signed by Cynthia Shattler;

B.   Intensive Pretrial Supervision;

C.   Mr. Shattler shall surrender all passports to Pretrial Services, or sign a declaration with the Clerk of Court, and not apply for the issuance of a passport during the pendency of this case;

D.   Mr. Shattler's travel will be restricted to CDC;

E.  Mr. Shattler will not enter the premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission;

F.  Mr. Shattler shall maintain or actively seek employment and provide proof to PSA.  Mr. Shattler will not be employed where he will have contact with minors;

G.  Mr. Shattler will avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to the alleged victims in this case, A.S. and W.S.;

H.  Mr. Shattler will not possess any firearms, ammunition, destructive devices, or other dangerous weapons;

I.  Mr. Shattler shall reside only at 621 Sugarloaf Blvd., Big Bear City, CA 92314;

J.  Mr. Shattler shall participate in home confinement and abide by all requirements of the program which will include electronic monitoring or other location verification system.  Mr. Shattler shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA;

K.  Mr. Shattler will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations or other activities as pre-approved by PSA;

L.  Mr. Shattler will be released to PSA only;

///
///
///
///

2

M.  Mr. Shattler will not possess or have access to, either in the home, the workplace, or any other location, any device which offers internet access. In order to determine compliance, Mr. Shattler will agree to submit to a search of your person and/or property as well as the property located at 621 Sugarloaf Blvd., Big Bear City, CA 92314 by Pretrial Services in conjunction with the U.S. Marshal;

N.  Mr. Shattler will not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor;

O.  Mr. Shattler will not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18;

P.  Mr. Shattler shall not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18;

Q.  Mr. Shattler shall not view or possess child pornography or child erotica. In order to determine compliance, Mr. Shattler will agree to submit to a search of his person and/or property as well as the property located at 621 Surgarloaf Blvd., Big Bear City, CA 92314, including computer hardware and software, by Pretrial Services in conjunction with the U.S. Marshal.

///

///

///

///

///

3

R. Mr. Shattler shall not possess any cameras, including digital cameras. In order to determine compliance, Mr. Shattler will agree to submit to a search of his person and/or property, as well as the property located at 621 Surgarloaf Blvd., Big Bear City, CA 92314 by Pretrial Services in conjunction with the U.S. Marshal.

The criminal intake clerk is directed to prepare a bond form with these conditions for Mr. Shattler's signature.

DATED: March 26, 2010          By_____
                                    HON. A. HOWARD MATZ
                                    United States District Judge

cc: **PSA, Criminal Intake**

Presented by:

     /s/
_____
GERALD C. SALSEDA, DFPD