Recommend: ☐ Approval          ☐ Disapproval

*(if disapproval is checked, please complete the bottom of page 2)*

☑ Sufficient amount of equity

☑ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*

☐ Property Appraisal *(assessed value or signed written appraisal of current market value)*

☑ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

**LODGED**

**2010 APR -2  AM 10: 42**

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ DEPUTY

On  __4/1/10__          __6719__
        Date                    Extension

By:  __Yvonne Garcia__
        *Assistant U.S. Attorney*

Signature: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 10-49-AHM |
| v. | |
| DARREN SHATTLER | **AFFIDAVIT OF SURETY(IES) (PROPERTY)** |
| DEFENDANT(S). | |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I (we) am (are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond attached hereto and made a part hereof, to wit: $ __250,000.00__ , over and above my (our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) have read and understand the provisions of the bond of the defendant named above to which this affidavit is affixed as "Attachment A" and made a part hereof, and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond to which this affidavit is attached is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (07/05)                                                                                                          Page 1 of 2

Address and description of property:

SEE   SCHEDULE A

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

DARREN AND CYNTHIA SHATTLER       23711 Rocky Dell Road
Print Name of Surety                                       Address of Surety

X X X - X X - _____ 7266       Crestline,   CA              92325
Social Security Number *(Last 4 digits only)*       City, State, Zip Code

☐ Sole Holder or Owner       ☐ Tenancy in Common       ☒ Joint Tenancy       ☐ Other: _____

Percentage of                 Present Fair Market                    Total Amount of
Interest of Surety %100       Value of Property $ 295,000.00 (tax bill)Encumbrances and/or All Liens $   0
                              *(supporting documentation attached)*      *(list below separately)*

___NONE_____       _____
Name of Holder of 1st Encumbrance       Address, City, State, Zip Code

_____       _____
Name of Holder of 2nd Encumbrance       Address, City, State, Zip Code

_____       _____
Name of Holder of 3rd Encumbrance       Address, City, State, Zip Code

Total Equity $ 295,000.00       Homesteaders ☐ Yes ☒ No       Amount of Exemption $ n/a
*(after deduction of encumbrance/liens)*  Exemption Filed?

___n/a_____       ___n/a_____
Number of other bonds or undertakings       Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes       ☒ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☐ Yes       ☐ No.   If not, what was basis of appraisal? ___n/a_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this 31 March_____ Day of _____March_____ 2010.

_____       SELF
Signature of Surety                 Relationship of Surety

_____       Self
Signature of Surety                 Relationship of Surety

Above Surety Approved: _Carla M. Wachul_____       Dated: 4/2/10_____
                United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation       ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain): _____

Dated: _____       _____
                                        Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

POLICY NO.  G 1578-67499
FEE: $75.00

ORDER NO. 140-1161393-31



# LOT BOOK GUARANTEE

## SCHEDULE A

1.  NAME OF ASSURED:    UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
    CALIFORNIA, 312 N. SPRING STREET, LOS ANGELES, CA 90012.

2.  DATE OF GUARANTEE:  MARCH 24, 2010

3.  FEE:

THE ASSURANCES REFERRED TO ON THE FACE PAGE HEREOF ARE:

THAT, ACCORDING TO THE COMPANY'S PROPERTY RECORDS RELATIVE TO THE
FOLLOWING DESCRIBED LAND (BUT WITHOUT EXAMINATION OF THOSE COMPANY
RECORDS MAINTAINED AND INDEXED BY NAME):

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN
BERNARDINO, CITY OF CRESTLINE AND IS DESCRIBED AS FOLLOWS:

> LOT 1178 AND 1179, OF TRACT 1988, CRESTLINE VILLAGE SUBDIVISION NO. 10,
> COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
> BOOK 28, PAGE 63 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
> COUNTY.

A.  THE LAST RECORDED INSTRUMENT PURPORTING TO TRANSFER TITLE TO SAID
    LAND IS:

THE EFFECT OF A CONVEYANCE OF SAID LAND

FROM:          CYNTHIA SHATTLER, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY
TO:            CYNTHIA SHATTLER AND DARREN M. SHATTLER, HUSBAND AND WIFE AS
               JOINT TENANTS

RECORDED:      AUGUST 11, 2008, AS INSTRUMENT NO. 08-0366103, OFFICIAL RECORDS

B.  THERE ARE NO MORTGAGES OR DEEDS OF TRUST WHICH PURPORT TO AFFECT
    TITLE TO SAID LAND, OTHER THAN THOSE SHOWN BELOW UNDER EXCEPTIONS.

NO GUARANTEE IS MADE REGARDING:

1.  MATTERS AFFECTING THE BENEFICIAL INTEREST OF ANY MORTGAGE OR
    DEED OF TRUST WHICH MAY BE SHOWN HEREIN AS AN EXCEPTION, OR

2.  OTHER MATTERS WHICH MAY AFFECT ANY SUCH MORTGAGE OR DEED OF
    TRUST.