*United States Pretrial Services*

FILED

United States District Court
Central District of California

2010 APR -2  PM 12: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

April 2, 2010

United States District Court
255 E. Temple Street
Los Angeles, California 90012

Re:    **Release Order Authorization**
        **Defendant: Shattler, Darren**
        **Docket #: 2:10 CR00049-1**

To Whom It May Concern:

On March 29, 2010 the defendant's bond was set by the Honorable Howard A. Matz.  Special conditions of the bond include:  **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

# Jesus D. Ruiz

Digitally signed by Jesus D. Ruiz
DN: cn=Jesus D. Ruiz, o=U.S. Pretrial Services,
ou=Location Monitoring Unit,
email=Jesus_Ruiz@cacpt.uscourts.gov, c=US
Date: 2010.04.02 12:48:41 -07'00'

Jesus D. Ruiz
U.S. Pretrial Services Technician
213-894-0065