SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
GERALD C. SALSEDA (No. 157411)
Deputy Federal Public Defender
(E-mail: Jerry_Salseda@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4406
Facsimile (213) 894-0081

Attorneys for Defendant
DARREN SHATTLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 10-49-AHM |
|---|---|---|
| Plaintiff, | ) | NOTICE OF LODGING |
| v. | ) | |
| DARREN SHATTLER, | ) | |
| Defendant. | ) | |

NOTICE  IS HEREBY GIVEN that on July 12, 2010, defendant, Darren Shattler, by and through his attorney of record, Deputy Federal Public Defender, Gerald C. Salseda, lodged with this Honorable Court the Waiver of Trial By Jury and Waiver of Special Findings of Fact [F.R.Cr.P. Rule 23(a) and (c)].

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED:  July 12, 2010            By_____/s/_____
                                   GERALD C. SALSEDA
                                   Deputy Federal Public Defender