# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR10-49-AHM | Date | July 14, 2010 |
|---|---|---|---|

| Present: The Honorable | A. HOWARD MATZ |
|---|---|
| Interpreter | N/A |

| Stephen Montes | Not Reported | Yvonne Garcia – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Darren Shattler | | | √ | Gerald C. Salseda, DFPD | | √ | |

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court hereby sets a status conference hearing date of Friday, July 16, 2010 at 11:00 a.m.

| | : | |
|---|---|---|
| Initials of Deputy Clerk | SMO | |

cc: **PSA**