ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
YVONNE L. GARCIA (Cal. State Bar No. 248285)
Assistant United States Attorney
Violent and Organized Crime Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0719
    Facsimile: (213) 894-3713
    E-mail: yvonne.garcia@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 10-49-AHM |
| | ) |
| Plaintiff, | ) GOVERNMENT'S MOTION TO DISMISS |
| | ) INDICTMENT AND FIRST |
| v. | ) SUPPLEMENTAL INFORMATION |
| | ) AGAINST DEFENDANT DARREN |
| DARREN SHATTLER, | ) SHATTLER WITHOUT PREJUDICE |
| | ) PURSUANT TO FED. R. CRIM. P. |
| Defendant. | ) 48(a) |
| | ) |
| | ) |

Pursuant to Federal Rule of Criminal Procedure 48(a),

Plaintiff United States of America, by and through its attorney

of record, the United States Attorney's Office for the Central

///

///

///

///

///

///

District of California, hereby respectfully moves to dismiss the Indictment and the First Supplemental Information in the above-captioned case without prejudice.

DATED: July 17, 2010        Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
YVONNE L. GARCIA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2