

FILED
CLERK, U.S. DISTRICT COURT

JUL I 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>DARREN SHATTLER<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR No. 10-49-AHM<br><br><br>**WAIVER OF INDICTMENT** |

I, _____ DARREN SHATTLER _____, the above-named defendant,

who is accused of ___ Possession of Child Pornography ___, in

violation of ___ 18 U.S.C 2255 (a)(4)(B) ___, being

advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on

_____, prosecution by indictment and consent that the proceedings may be by

information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

If defendant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages. I accurately translated this Waiver of Indictment from English into _____

to defendant _____ , on this date.

Date: _____

_____
Interpreter

Before _____
Judicial Officer