2010 JUL 15 PM 3: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

DARREN SHATTLER,

                    Defendant.

) No. CR 10-49-AHM
)
) F I R S T
) S U P P L E M E N T A L
) I N F O R M A T I O N
)
) [18 U.S.C. § 2252A(a)(5)(B):
) Possession of Child
) Pornography]
)
)

The United States Attorney charges:

                    [18 U.S.C. § 2252A(a)(5)(B)]

     On or about November 10, 2009, in San Bernardino County, within the Central District of California, defendant DARREN SHATTLER knowingly possessed material, namely, a Nikon Coolpix L100 digital camera, serial number 30140146, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using

//

YG:yg

materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, knowing that the image was child pornography.

ANDRÉ BIROTTE JR.
United States Attorney

*Daniel A. Goodman, Asst U.S. Atty*
*Deputy Chief, Criminal Division, FOR:*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime
Section


YVONNE L. GARCIA
Assistant United States Attorney
Violent and Organized Crime Section

2